**Order entered November 21, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00942-CV

**JEFFREY LYNCH, ET AL., Appellants**

**V.**

**MICHAEL BELL, ET AL., Appellees**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-03485-2016**

## ORDER

Before the Court is appellees' November 16, 2017 unopposed second motion for an extension of time to file a brief. We **GRANT** the motion and extend the time to **November 30, 2017**. We caution appellees that further requests for extension in this accelerated appeal will be disfavored.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE